RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
✓         ___
RECEIVED ___ COPY

FEB 2 5 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR-25-00283-PHX-DJH (MTM) |
| Plaintiff, | |
| vs. | **INDICTMENT** |
| | VIO:  18 U.S.C. § 371<br>(Conspiracy)<br>Count 1 |
| 1.  Douglas Lee Kibble,<br>(Counts 1–2) | |
| 2.  Jadon Jermaine Phillips,<br>(Counts 1–2) | 18 U.S.C. §§ 2113(a) and 2<br>(Bank Robbery, Aid and Abet)<br>Count 2 |
| 3.  Darryl Marc Brazile, and<br>(Counts 1–2) | 18 U.S.C. § 3<br>(Accessory After the Fact)<br>Count 3 |
| 4.  Kaleb Javontae Williams,<br>(Count 3) | 18 U.S.C. § 981,<br>21 U.S.C. § 853; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Between on or about December 1, 2023, and December 30, 2023, in the District of Arizona and elsewhere, Defendants DOUGLAS LEE KIBBLE, JADON JERMAINE PHILLIPS, DARRYL MARC BRAZILE, and others known and unknown to the Grand Jury, did knowingly and intentionally agree, combine, and conspire to commit the offense

of Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

### The Means and Method of the Conspiracy

The means and method employed by Defendants and co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

a. Since at least July 2022, Defendants and others unknown to the Grand Jury have committed bank robbery of Automated Teller Machine (ATM) technicians in Arizona near Phoenix and Tucson. Defendants and coconspirators employ a similar modus operandi each time.

b. At least two conspirators arrive at each ATM in a vehicle that is typically rented. When an ATM technician arrives at the bank branch ATM to perform service, Defendants and coconspirators wait for the technician to open the ATM. Then, through force, violence, and intimidation, Defendants and coconspirators steal cash cassettes from the open ATM and the technician or technicians' immediate presence.

c. Defendants and conspirators use various means to conceal vehicle identities, including using fictitious temporary license plates, license plates for other vehicles, stolen license plates, rental vehicles, and covering vehicle identification numbers.

d. Defendant and coconspirators wear gloves, masks, and other clothing to hide their faces and identities.

### Overt Acts

In furtherance of the conspiracy, and to effect the objects of the conspiracy, Defendant and coconspirators committed, or caused to be committed, the following overt acts, among others, described below:

a. Beginning on or about December 1, 2023, Defendant DARRYL MARC BRAZILE requested assistance of various individuals, who live in Houston, Texas, to obtain a rental vehicle for Defendants' use.

b. On or about December 6, 2023, an associate of DARRYL MARC BRAZILE obtained a rental vehicle for Defendants' use. This associate extended the rental

transaction period multiple times between December 6, 2023, and December 29, 2023.

c. On or about December 19, 2023, under the same rental transaction, the first rental vehicle was exchanged for a gray 2021 Volkswagen Atlas, bearing California license plate 8VVRR805.

d. On or about December 26, 2023, Defendant DARRYL MARC BRAZILE sent a message inquiring when Defendant JADON JERMAIN PHILLIPS wanted to leave the Houston, Texas area.

e. On or about December 26, 2023, Defendants, who all reside in the Houston, Texas area, traveled to Arizona.

f. On or about December 29, 2023, Defendants traveled in the rented Volkswagen Atlas to the Wells Fargo Bank ATM located at 5102 West Indian School Road, Phoenix, Arizona.

g. Defendants DOUGLAS LEE KIBBLE and JADON JERMAINE PHILLIPS exited the Volkswagen Atlas, rapidly approached one ATM technician, telling him, "Get the fuck out of the way."

h. Defendants DOUGLAS LEE KIBBLE and JADON JERMAINE PHILLIPS then stole cash cassettes containing approximately $190,000 from the ATM and returned to the Volkswagen Atlas, which fled the area.

i. Defendants DOUGLAS LEE KIBBLE and JADON JERMAINE PHILLIPS were wearing head coverings, masks, and gloves at the time of the robbery.

j. Defendants later abandoned the Volkswagen Atlas in the area of 5451 West Glenrosa Avenue, Phoenix, Arizona, which is located seven-tenths of a mile away from the Wells Fargo Bank location.

k. Defendant DARRYL MARC BRAZILE then called an associate, who lives in Houston, Texas. This associate arranged transportation, via the Uber rideshare application, for the Defendants from area where the Volkswagen Atlas was abandoned in Phoenix, Arizona to an area away from the robbery location.

- 3 -

l.  Defendant JADON JERMAINE PHILLIPS posted a video to social media showing Defendants as passengers in a vehicle operating as an Uber rideshare.

m.  On or about December 29, 2023, Defendant DARRYL MARC BRAZILE rented a motel room at Motel 6, located at 1990 South Craycroft Road, Tucson, Arizona, paying cash for the room.

n.  Later that day on December 29, 2023, Defendants took multiple photographs and videos of themselves with a large amount of cash. The initial photographs and videos showed the money as loose cash. Subsequent photographs and videos showed the money had been bundled with rubber bands. The background in the photos matched the room décor of the Motel 6 in Tucson, Arizona.

o.  On or about the late evening of December 29, 2023, Defendants departed Tucson, Arizona and began travel back to Houston, Texas.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about December 29, 2023, in the District of Arizona, Defendants DOUGLAS LEE KIBBLE, JADON JERMAINE PHILLIPS, and DARRYL MARC BRAZILE, by force, violence, and intimidation, did take from the person and presence of an ATM technician, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 5102 West Indian School Road, Phoenix, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT 3

On or about December 29, 2023, in the District of Arizona, Defendant KALEB JAVONTAE WILLIAMS, knowing that an offense against the United States had been committed, to wit, Bank Robbery, did receive, relieve, comfort and assist the offenders, DOUGLAS LEE KIBBLE, JADON JERMAINE PHILLIPS, and DARRYL MARC BRAZILE, in order to hinder and prevent the offenders' apprehension, trial, and

punishment.

All in violation of Title 18, United States Code, Section 3.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1-3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1-3 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable. If any forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//

- 5 -

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
_____
FOREPERSON OF THE GRAND JURY
Date: February 25, 2025

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

*S/*
_____
PATRICK E. CHAPMAN
Assistant U.S. Attorney

- 6 -